IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KENNETH J. LECKY *et al.*, ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-1336 |
| ) | |
| VIRGINIA STATE BOARD OF ) | |
| ELECTIONS, *et al.*, ) | |
|    Defendants. | |

## ORDER

This matter comes before the Court on plaintiffs' Emergency Motion for a Temporary Restraining Order (Doc. 2) and the Republican Party of Virginia's Motion to Intervene. (Doc. 6).

For the reasons stated, and to be elucidated in a forthcoming memorandum opinion,

It is hereby **ORDERED** that the Motion to Intervene by the Republican Party of Virginia is **GRANTED**. (Doc. 6).

It is further **ORDERED** that plaintiff's Emergency Motion for a Temporary Restraining Order is **DENIED**. (Doc. 2).

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 22, 2017

/s/
T. S. Ellis, III
United States District Judge