## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH J. LECKY, *et al.*, | Civil Action No. 1:17-cv-01336 |
| Plaintiff, | |
| v. | Judge T.S. Ellis, III |
| VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, | |
| Defendants. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs, by and through undersigned counsel, has filed herewith a Motion for Preliminary Injunction and that it seeks to present argument on said Motion on or before Friday, December 22, 2017, or as soon as counsel may be heard.

Dated: December 6, 2017

Respectfully submitted,

By  *Aria C. Branch*
Marc Erik Elias (*pro hac vice*)
Bruce V. Spiva (*pro hac vice*)
Brian Simmonds Marshall
(*pro hac vice* pending)
Aria C. Branch (VSB No. 83682)
Perkins Coie, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: BMarshall@perkinscoie.com
Email: ABranch@perkinscoie.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 6, 2017, I filed the foregoing with the Clerk of the Court using the ECF System which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

Date: December 6, 2017

*Aria C. Branch*
Aria C. Branch
