IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KENNETH J. LECKY, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-1336 |
| | ) | |
| VIRGINIA STATE BOARD OF | ) | |
| ELECTIONS, *et al.*, | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on plaintiffs' Motion for a Preliminary Injunction (Doc. 36) and intervenors' Motion to Stay (Doc. 84).

For the reasons stated from the Bench and in the accompanying Memorandum Opinion,

It is hereby **ORDERED** that plaintiffs' Motion for a Preliminary Injunction (Doc. 36) is **DENIED.**

It is further **ORDERED** that intervenors' Motion for a Stay (Doc. 84) is **DENIED AS MOOT** because there are no recount or contest proceedings pending before the General Assembly.

Because plaintiffs have noticed an appeal of the Court's oral ruling on the Motion for a Preliminary Injunction, the Clerk is **DIRECTED** to close this case administratively pending disposition of the appeal. The Clerk is further **DIRECTED** to cancel any pending hearings and to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 11, 2018

/s/

T. S. Ellis, III
United States District Judge